EARL P. COVENTRY, Appellant, *v.* NEW YORK INDEMNITY COMPANY, Respondent.

(Argued February 14, 1931; decided March 24, 1931.)

*B. Loyal O'Connell* for appellant.

*J. Stanley Carter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.